## 35917. BALKCOM v. HEPTINSTALL.

PER CURIAM.
After further consideration we have concluded that the writ of certiorari in this case was improvidently granted and therefore is dismissed.
*Dismissed. All the Justices concur.*

ARGUED MARCH 11, 1980 — DECIDED APRIL 8, 1980.

*Arthur K. Bolton, Attorney General, William B. Hill, Jr., Assistant Attorney General,* for appellant.
*Frank L. Derrickson, Ralph S. Goldberg,* for appellee.